JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, etc., | ) ) ) | SA CV 08-1250 AHS (RNBx) |
| Plaintiff, | ) ) ) | |
| v. | ) ) | JUDGMENT |
| EMPLOYERS DIRECT HEALTH, INC., et al., | ) ) ) | |
| Defendants. | ) ) | |

Defendant's motion for summary judgment having been unopposed and a decision having been duly rendered,

IT IS ORDERED AND ADJUDGED:

that plaintiff shall take nothing from defendant, that judgment for defendant is granted, and that defendant shall recover its costs of suit.

DATED: January 27, 2010

*ALICEMARIE H. STOTLER*
ALICEMARIE H. STOTLER
UNITED STATES DISTRICT JUDGE